# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2006

129525

KENNETH MACDONALD and
DEIDRE MACDONALD,
      Plaintiffs-Appellants,

v

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129525
COA: 253085
Saginaw CC: 03-047281-NZ

_____/

On order of the Court, the application for leave to appeal the August 11, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2006

_____
Clerk

p0315